ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 JUL -8 PM 4: 19
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JAMES WRIGHT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 315-049 |
| JACKSON CORRECTION FACILITY, and CHRISTINA FARRELL, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Plaintiff filed the above-captioned case in the Dublin Division of this Court even though all of the named defendants are located in Jackson, Butts County, Georgia and the events in Plaintiff's complaint are alleged to have occurred in Butts County. (See doc no. 1, p. 4-6.) Because Butts County is situated in the Middle District of Georgia, the proper venue for this action is the Macon Division of the Middle District of Georgia, not the Southern District of Georgia. 28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court may transfer the case to the court in which venue would be proper. 28 U.S.C. § 1406(a). Because it appears that the case should have been filed in the Middle District of Georgia, transfer to that District is appropriate.

Therefore, the Court hereby **ORDERS** that the above-captioned case be **TRANSFERRED** to the United States District Court for the Middle District of Georgia, Macon

Division, for further consideration. The Court also **DIRECTS** the Clerk to forward the file to that district.

SO ORDERED this 8th day of July, 2015, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE